117 A.3d 747

IN THE MATTER OF RENEE–LISE LAMARRE SUMNERS,
AN ATTORNEY AT LAW (ATTORNEY NO. 000011994).

July 22, 2015.

## ORDER

**RENEE–LISE LAMARRE SUMNERS** of **TRENTON,** who was admitted to the bar of this State in 1994, having pleaded guilty in the United States District Court for the District of New Jersey to an information charging her with Extortion, in violation of 18 *U.S.C.* §§ 1951(a) and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **RENEE–LISE LAMARRE SUMNERS** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **RENEE–LISE LAMARRE SUMNERS** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **RENEE–LISE LAMARRE SUMNERS** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law in this State.